ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Daniel S. Sinclair, Callan E. Sinclair & ) ASBCA No. 58308
Cayman C. Sinclair )
)
Under Contract No. N62467-06-RP-00116 )

APPEARANCES FOR THE APPELLANT: Randall A. Smith, Esq.
Hiawatha Northington II, Esq.
Smith & Fawer LLC
New Orleans, LA

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
Navy Chief Trial Attorney
Stephanie Cates-Harman, Esq.
Assistant Director

OPINION BY ADMINISTRATIVE JUDGE PEACOCK

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' release and settlement of claims, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $725,000. Interest on this amount, pursuant to 41 U.S.C. § 7109, shall accrue starting 1 January 2014 until date of payment.

Dated: 15 January 2014

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                I concur

MARK N. STEMPLER                         PETER D. TING
Administrative Judge                     Administrative Judge
Acting Chairman                          Acting Vice Chairman
Armed Services Board                     Armed Services Board
of Contract Appeals                      of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 58308, Appeal of Daniel S. Sinclair, Callan E. Sinclair & Cayman C. Sinclair, rendered in conformance with the Board's Charter.

Dated:


JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2